**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00025-RPM-MEH

SHARON TADOLINI,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

       Defendant.

---

### NOTICE OF SETTLEMENT

---

       COMES NOW the Plaintiff, Sharon Tadolini, by and through her attorney, David M. Larson, and the Defendant, NCO Financial Systems, Inc., by and through their attorney, Louis Leonard Galvis, and for their Notice of Settlement, hereby state as follows:

1.     The Plaintiff and the Defendant have reached a settlement.

2.     The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by March 7, 2008.

Dated: February 29, 2008.

| | |
|---|---|
| _s/ David M. Larson_ | _s/ Louis Leonard Galvis_ |
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue Suite 305 | Sessions, Fishman & Nathan, LLP |
| Colorado Springs, CO 80903 | 645 Stonington Lane |
| (719) 473-0006 | Fort Collins, CO 80525 |
| Attorney for the Plaintiff | (970) 223-4420 |
| | Attorneys for the Defendant |